PROB 12E
(3/2012)

# United States District Court

for

Northern District of Texas

### Report on Offender Under Supervision - Court Decision Requested

Name of Offender: <u>Barry Keith Holbert</u>  Case No.: <u>5:04-CR-025-C(01)</u>

Name of Sentencing Judicial Officer: <u>U.S. District Judge Sam R. Cummings</u>

Date of Original Sentence: <u>June 25, 2004</u>

Original Offense: <u>Count 1: Wire Fraud and Aiding and Abetting, 18 USC §§ 1343 & 2; Count 2: Money Laundering and Aiding and Abetting, 18 USC §§ 1957 & 2</u>

Original Sentence: <u>60 months custody as to Count 1 and 97 months custody as to Count 2, with the terms to run concurrently, 3-year term of supervised release on Count 1 and 3-year term of supervised release on Count 2 with the terms to run concurrently</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>July 8, 2011</u>

Assistant U.S. Attorney: <u>Jeffrey R. Haag</u>  Defense Attorney: <u>Roderique S. Hobson, Jr. (Retained)</u>

---

### NOTIFICATION TO THE COURT FOR CAUSE AS FOLLOWS:

#### I.

The following information/request is being presented for the Court's review and decision:

Barry Keith Holbert began his term of supervised release in the Western District of Texas, San Antonio Division, upon his release from imprisonment on July 8, 2011. Correspondence received from Senior U.S. Probation Officer Kaye L. Devon, San Antonio, provided that Mr. Holbert has been in compliance with all conditions of supervision, including payment of restitution, as ordered by the Court. Further, Mr. Holbert is a permanent resident of that supervision area. Therefore, the Western District of Texas, San Antonio Division, is requesting that jurisdiction be transferred.

For the Court's information, Assistant U.S. Attorney Jeffrey R. Haag has been contacted, and he has no objections to jurisdiction being transferred.

PROB 12E
Barry Keith Holbert
Report on Offender Under Supervision - Court Decision Requested

Page 2

## II.

The probation officer recommends the following action for the Court to consider:

That jurisdiction of Northern District of Texas, Lubbock Division, Case No. 5:04-CR-025-C(01), be transferred to the Western District of Texas, San Antonio Division. Should the Court concur with this recommendation, the appropriate documents are attached for Your Honor's review and execution.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2012

_____
Carol A. Meschwitz
U.S. Probation Officer
Lubbock Division
806-472-7001, Ext. 2220
806-472-7018

Approved,

_____
Dale E. Adams
Supervising U.S. Probation Officer
806-472-7001, Ext. 2241

---

**Order of the Court**

[ ✓ ]   Agrees with the recommendation of the probation officer.

[ ]   Directs the probation officer to submit a request for modifying the conditions or term of supervision.

[ ]   Directs the probation officer to submit a request for a warrant or summons.

[ ]   Other or Additional:

_____
The Honorable Sam R. Cummings
U.S. District Judge

5-7-12
Date

CAM/pl
Attachments